UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **FREEDOM MORTGAGE CORPORATION,** | § § § § | |
| **Plaintiff,** | § § | **EP-22-CV-00226-FM** |
| v. | § § § | |
| **BEATRIZ PORCHER, and THE UNKNOWN HEIRS AT LAW OF MARSHALL D. PORCHER** (*deceased*), | § § § § § | |
| **Defendants.** | § | |

## ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE

Today, the court considers the status of this case. On June 29, 2022, Plaintiff Freedom Mortgage Corporation filed its "Original Complaint" [ECF No. 1]. Defendant Beatriz Porcher was served with summons on July 5, 2022.[1] To date, Defendant has not filed an answer and Plaintiff has not moved for an entry of default. Accordingly, it is **HEREBY ORDERED** that Plaintiff show cause as to why this case should not be dismissed for failure to prosecute by **October 14, 2022.**

SIGNED AND ENTERED this ___ day of **October 2022.**

FRANK MONTALVO
UNITED STATES DISTRICT JUDGE

---

[1] *See* "Proof of Service" 1, ECF No. 4, filed July 6, 2022.

1